IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CLARENCE COCROFT and TRU SOURCE
MEDICAL CANNIBAS, LLC     PLAINTIFFS

V.     CIVIL ACTION NO. 3:23-CV-431-MPM-JMV

CHRIS GRAHAM, in his official capacity
as the Commission of the Mississippi
Department of Revenue, PAT DAILY, in
his official capacity as Chief of Enforcement
of the Mississippi Alcoholic Beverage
Control Bureau and DR. DANIEL P. EDNEY,
in his official capacity as State Health
Officer for State of Mississippi Department
of Health     DEFENDANTS

## NOTICE OF APPEARANCE

Please take notice that Gerald L. Kucia hereby enters his appearance in the above-captioned matter as counsel on behalf of the Defendants CHRIS GRAHAM, in his official capacity as the Commission of the Mississippi Department of Revenue, PAT DAILY, in his official capacity as Chief of Enforcement of the Mississippi Alcoholic Beverage Control Bureau and DR. DANIEL P. EDNEY, in his official capacity as State Health Officer for State of Mississippi Department of Health

All future e-filings, pleadings and correspondence should include Gerald L. Kucia at the address noted below.

    Gerald L. Kucia
    Special Assistant Attorney General – Civil
    550 High Street; Suite 1100 (39201)
    Post Office Box 220
    Jackson, MS  39205
    Email:  Gerald.Kucia@ago.ms.gov

RESPECTFULLY SUBMITTED, this the 21st day of December, 2023.

        CHRIS GRAHAM, IN HIS OFFICIAL CAPACITY AS THE COMMISSION OF THE MISSISSIPPI DEPARTMENT OF REVENUE, PAT DAILY, IN HIS OFFICIAL CAPACITY AS CHIEF OF ENFORCEMENT OF THE MISSISSIPPI ALCOHOLIC BEVERAGE CONTROL BUREAU AND DR. DANIEL P. EDNEY, IN HIS OFFICIAL CAPACITY AS STATE HEALTH OFFICER FOR STATE OF MISSISSIPPI DEPARTMENT OF HEALTH, *DEFENDANTS*

    By: LYNN FITCH, ATTORNEY GENERAL
       STATE OF MISSISSIPPI

    By: s/Gerald L. Kucia
       GERALD L. KUCIA (MSB #8716)
       Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4072
Fax: (601) 359-2003
Gerald.kucia@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Gerald L. Kucia, Special Assistant Attorney General and attorney for Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's CM/ECF filing system which sent notification of such filing to all counsel of record.

THIS the 21st day of December, 2023.

            s/Gerald L. Kucia
            GERALD L. KUCIA