# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| CLARENCE COCROFT, et al., *Plaintiffs*, v. CHRIS GRAHAM, et al., *Defendants*. | Civil Action No. 3:23-cv-00431-MPM-JMV |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs, Clarence Cocroft and Tru Source Medical Cannabis, LLC, respectfully move this Court for an additional nine days—until January 12, 2024—to respond to Defendants' Motion to Dismiss (ECF 13). As required by L.U.Civ.R. 7(b)(4), the reasons supporting this motion are set forth in the Memorandum filed in support of this Motion. Defendants' counsel have indicated they do not oppose this motion for an extension of time.

Dated: December 22, 2023.

/s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)*
Katrin Marquez (FL Bar No. 1024765)*
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
(305) 721-1600
abargil@ij.org
kmarquez@ij.org

Respectfully submitted,

/s/ Michael T. Lewis, Sr.
Michael T. Lewis, Sr.
   *Lead Counsel*
MS Bar No. 1238
LEWIS & LEWIS ATTORNEYS
1217 Jackson Ave E.
Oxford, MS 38655-4001
(662) 232-8886
mike@lewisattorneys.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023, a true and correct copy of Plaintiffs' Unopposed Motion for Extension of Time was filed with the Clerk of the court and sent via U.S. Mail to the following Defendants:

Chris Graham
Commissioner
Mississippi Department of Revenue
500 Clinton Center Drive
Clinton, MS 39056

Pat Daily
Chief of Enforcement
Mississippi Alcoholic Beverage Control Bureau
Mississippi Department of Revenue
500 Clinton Center Drive
Clinton, MS 39056

Dr. Daniel P. Edney
State Health Officer
State of Mississippi Department of Health
570 East Woodrow Wilson Drive
Jackson, MS 39216

/s/ Michael T. Lewis, Sr.
Michael T. Lewis Senior
LEWIS & LEWIS ATTORNEYS


/s/ Ari S. Bargil
Ari S. Bargil*
INSTITUTE FOR JUSTICE

*Admitted pro hac vice*